GIBBONS, J. (pp. 388-89), delivered a concurrence to the denial of rehearing en banc. SUTTON, J. (pg. 389-90), delivered a concurrence to the denial of rehearing en banc. GRIFFIN, J. (pp. 390-93), delivered a dissent to the denial of rehearing en banc, in which GILMAN, J., joined. ORDER The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision on the cases. The petition then was circulated to the full court.[1] Less than a majority of the judges voted in favor of rehearing en bane. Therefore, the petition is denied. Judge Gilman would grant rehearing for the reasons stated in his dissent,' and also joins Judge Griffin’s dissent. . Judge White recused herself from participation in this ruling.